FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 08 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK CONRAD FAUROT, II, | No. 08-17743 |
| Plaintiff - Appellant, | D.C. No. 2:08-cv-00254-MCE-DAD |
| v. | |
| C. A. TERHUNE; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Morrison C. England, Jr., District Judge, Presiding

Submitted November 17, 2009[**]

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Mark Conrad Faurot, II, a California state prisoner, appeals pro se from the

district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that the

defendants violated his civil rights. We have jurisdiction pursuant to 28 U.S.C.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

tk/Research

§ 1291.  We review de novo.  *Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064 (9th Cir. 2004).  We affirm.

The district court properly dismissed the action without prejudice because the prolix allegations in Faurot's 516-page complaint did not comply with Rule 8(a)(2) of the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 8(a)(2) (requiring that a pleading contain "a short and plain statement of the claim showing that the pleader is entitled to relief"); *McHenry v. Renne*, 84 F.3d 1172, 1179-80 (9th Cir. 1996) (affirming dismissal of plaintiff's complaint because it failed to set forth simple, concise and direct averments).

Faurot's remaining contentions are unpersuasive.

**AFFIRMED.**